[54 NE3d 1163, 35 NYS3d 292]

Dylan P., an Infant, by His Mother and Natural Guardian, Raisa L., et al., Respondents, v Webster Place Associates, L.P., Appellant.

Decided June 2, 2016

APPEARANCES OF COUNSEL

*Gannon, Rosenfarb & Drossman*, New York City (*Lisa L. Gokhulsingh* of counsel), for appellant.

*Alexander J. Wulwick*, New York City, for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. Material questions of fact remain regarding whether defendant had constructive notice of a dangerous condition.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.